UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:                                                                        CASE NO.  10-60143

JAMES D. HOLDINESS

    1105 Lark Lane
    Corbin, KY 40701

DEBTOR                                                                         CHAPTER 7

JAMES D. HOLDINESS,             PLAINTIFF,

V.                                                                        Adv. Proc. No. 10-6____

DISCOVER FINANCIAL SERVICES.,     DEFENDANT.

COMPLAINT TO RECOVER PREFERENTIAL TRANSFER OF PROPERTY

       NOW COMES Plaintiff James Holdiness, by and through counsel, and, for his cause of action herein, states as follows:

       1.   This adversary proceeding is brought pursuant to the provisions of 11 U.S.C. §§ 522, 547, and 550 and Fed. R. Bankr. P. 7001.

       2.   This Court has jurisdiction over this adversary proceeding, pursuant to the provisions of 28 U.S.C. § 1334; this matter being a core proceeding under 11 U.S.C. § 157(b) (2) (F) and venue being proper under 28 U.S.C. § 1409(a).

       3.   Plaintiff is the Debtor in the above-entitled bankruptcy case, having filed this petition for relief under Chapter 13 of the United States Bankruptcy Code on February 2, 2010.

       4.   The Defendant Discover Financial Services is an Illinois corporation doing business in

Kentucky with an address of 2500 Lake Cook Rd., Riverwoods, IL 60015.

5. According to their corporate website, the CEO of Discover Financial Services is David W. Nelms. See Exhibit A, and incorporated by reference as if full set forth. Service should be upon:

Discover Financial Services
Attn: David W. Nelms
2500 Lake Cook Rd.
Riverwoods, IL 60015

Discover Financial Services
Attn: Any Officer
2500 Lake Cook Rd.
Riverwoods, IL 60015

6. The attorney for Discover Financial Services is Glenn E. Algie, Esq., Weltman, Weinberg & Reis Co., LPA, 525 Vine Street, Suite 800, Cincinnati, OH 45202. Service should be upon:

Glenn E. Algie, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 800
Cincinnati, OH 45202

7. Defendant is a pre-petition creditor in the aforesaid bankruptcy case, pursuant to a state court judgment entered against Plaintiff.

8. Defendant served a garnishment order on Plaintiff's employer, Sara Lee Bakeries, on or prior to the filing of his bankruptcy petition.

9. As a result of said garnishment order, Plaintiff's employer subsequently withheld and involuntarily paid to Defendant the sum of $2,241.44 from Debtor's paychecks within the 90 days prior to the filing of his petition.

10. This preferential transfer of property was made for the benefit of Defendant, a creditor of Debtor, while he was insolvent, on account of an antecedent debt, and within 90 days of the filing of her petition, enabling them to receive more than they would have received under the distribution provided to creditors in this case in violation of 11 U.S.C. §547.

11. Pursuant to the provisions of 11 U.S.C. §522(h), a Debtor may recover a preferential

transfer in excess of $600 if the trustee does not attempt, as in the present case, to avoid the transfer.

12. Plaintiff has claimed the property, which was subject to the involuntary transfer, as exempt in his bankruptcy petition, pursuant to the provisions of 11 U.S.C. §522(b) and §522(g), without timely objection thereto.

WHEREFORE, Plaintiff James Holdiness prays that this Court:

1.  Avoid the involuntary transfers of property made to Defendant Discover Financial Services;

2.  Award him judgment against Defendant in the amount of $2,241.44.68 for the pre-petition preferential transfer and the post-petition transfer,

3.  Award him all other relief, both legal and equitable, to which he may be entitled.

                                            s/Ross E. Murray, Esq.
                                            ROSS E. MURRAY, ESQ.
                                            PO Box 5151
                                            London, KY  40745
                                            (606) 877-5100
                                            ATTORNEY FOR PLAINTIFF

complaint preference